

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00800-CV

**IN THE INTEREST OF E.A.R., E.A.R., E.A.R. AND E.A.R., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00214
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellants' parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellants' briefs were due January 23, 2023. Both Appellant E.J. and Appellant A.V.R. have filed motions for extension of time to file their respective briefs. Appellants' motions are GRANTED. Appellants' briefs are due February 13, 2023.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** February 1, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT